

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Jul 22, 2025 2:35PM

Mark Anthony Ortega
152 Bedingfeld
San Antonio, Texas 78231

Rcpt. No: 8179              Trans. Date: Jul 22, 2025 2:35PM              Cashier ID: #TT (6587)

| CD  | Purpose                    | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|----------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                  | 1   | 405.00 | 405.00 |

| CD | Tender |       |            | Amt     |
|----|--------|-------|------------|---------|
| CH | Check  | #1028 | 07/16/2025 | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

**Comments**: Case No. 5:25-CV-863-JKP, Ortega v. Solcharge Nano LLC, et al

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

# SA25CA0863 JKP  MJ-RBF