Mark Anthony Ortega
132 Bellingfeld Dr
San Antonio, TX 78231

U.S. District Clerks Office
262 West Nueva St Rm 1-400
San Antonio, TX 78207

RECEIVED

JUL 2 1 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SA25CA0863 JKP MJ-RBF